KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

THERIAULT V AL BORDEAU INSURANCE SERVICE, INC, No. 137706; Court of Appeals No. 278643.

GRAND RAPIDS EMPLOYEES INDEPENDENT UNION V CITY OF GRAND RAPIDS, No. 137756; Court of Appeals No. 280360.
KELLY, C.J., and HATHAWAY, J. We would grant leave to appeal.

MARKHAM V SUNOCO OIL COMPANY, No. 137772; Court of Appeals No. 272163.

PEOPLE V REGINALD JOHNSON, No. 137915; Court of Appeals No. 278955.

SHAHEEN V MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT BOARD, No. 137950; Court of Appeals No. 278751.
KELLY, C.J. I would grant leave to appeal.

PROKES V AUTO-OWNERS INSURANCE COMPANY, No. 137953; Court of Appeals No. 278321.

PAL PROPERTIES, LLC V TICOR TITLE INSURANCE COMPANY, No. 138096; Court of Appeals No. 280389.

PEOPLE V TRACEY ROBERTSON, No. 138135; Court of Appeals No. 280587.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

ROBINSON V TAN, No. 138139; Court of Appeals No. 281551.

WHITMAN V BOYNE CITY, No. 138158; Court of Appeals No. 280212.

PEOPLE V NATHANIEL JONES, No. 138216; Court of Appeals No. 280589.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

PEOPLE V TOMMY ROBERTSON, No. 138235; Court of Appeals No. 280588.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal June 5, 2009:*

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY V HUDSON, No. 137698. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. Court of Appeals No. 277300.